Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

[Additional counsel appearing on signature block]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **James Tomaszewski** and **James Cook, Jr.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Circle K Stores, Inc.,** a Texas corporation,<br><br>*Defendant*. | Case No. 2:20-cv-01569-SMB<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiffs James Tomaszewski ("Tomaszewski") and James Cook, Jr. ("Cook") give notice that the parties have reached a settlement in principle. The parties anticipate filing a Notice for Dismissal of the action with prejudice as to the Plaintiffs' individual claims within 30 days. The parties request that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, thirty days from the present date for filing a dismissal of the action.

                                              Respectfully Submitted,

Dated: February 25, 2021          By: */s/ Avi R. Kaufman*
                                                Avi R. Kaufman (*pro hac vice*)
                                               kaufman@kaufmanpa.com

Notice of Settlement

KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com
*Local Counsel for Plaintiffs
and the putative Class*

*Attorneys for Plaintiffs and the putative Class*

Notice of Settlement